| Ethnic Summary | Position Title |
|---|---|
| Asian | IRP-Nurse Practitioner (HS) |
| Asian | Physician Assistant - Rotation (HS) |
| Asian | Nurse Practitioner - Rotation (HS) |
| Asian | Physician Assistant |
| Asian | Nurse Practitioner - Rotation (HS) |
| Asian | Nurse Practitioner - Rotation (HS) |
| Asian | Physician Assistant |
| Asian | Nurse Practitioner |
| Asian | Physician Assistant (HS) |
| Asian | Nurse Practitioner |
| Asian | Nurse Practitioner (HS) |
| Asian | Nurse Practitioner (HS) |
| Asian | Nurse Practitioner |
| Asian | Nurse Practitioner |
| Asian | Physician Assistant |
| Asian | Nurse Practitioner (HS) |
| Asian | Physician Assistant - Rotation (HS) |
| Asian | Nurse Practitioner |
| Asian | Nurse Practitioner |
| Asian | Nurse Practitioner |
| Asian | Nurse Practitioner |
| Asian | Nurse Practitioner |
| Asian | Nurse Practitioner |
| Asian | Nurse Practitioner |
| **Asian Coun** 24 | |
| Black or African American | IRP-Nurse Practitioner (HS) |
| Black or African American | IRP-Nurse Practitioner (HS) |
| Black or African American | Nurse Practitioner - Rotation |
| Black or African American | Nurse Practitioner - Rotation |
| Black or African American | Nurse Practitioner |
| Black or African American | Physician Assistant -Nocturnal (HS) |
| Black or African American | Nurse Practitioner |
| Black or African American | Physician Assistant (HS) |
| Black or African American | Nurse Practitioner |
| Black or African American | Nurse Practitioner |
| Black or African American | Physician Assistant |
| Black or African American | Nurse Practitioner - Nocturnal |
| Black or African American | Nurse Practitioner (HS) |
| Black or African American | Nurse Practitioner |
| Black or African American | Nurse Practitioner (HS) |
| Black or African American | Nurse Practitioner - Rotation |
| Black or African American | Nurse Practitioner |
| Black or African American | Nurse Practitioner |
| Black or African American | Nurse Practitioner - Rotation (HS) |
| Black or African American | Nurse Practitioner - Nocturnal |
| Black or African American | Nurse Practitioner - Nocturnal |
| Black or African American | Nurse Practitioner (HS) |
| Black or African American | Nurse Practitioner |
| Black or African American | Nurse Practitioner - Rotation |
| Black or African American | Nurse Practitioner - Rotation |
| Black or African American | Nurse Practitioner - Rotation (HS) |
| Black or African American | Nurse Practitioner (HS) |
| Black or African American | Nurse Practitioner |
| Black or African American | Physician Assistant - Rotation |
| **Black or Af** 29 | |
| Hispanic or Latino | Nurse Practitioner |

EXHIBIT 8

| Ethnic Summary | Position Title |
|---|---|
| Hispanic or Latino | Nurse Practitioner - Rotation (HS) |
| Hispanic or Latino | Nurse Practitioner |
| Hispanic or Latino | Nurse Practitioner |
| Hispanic or Latino | Nurse Practitioner |
| Hispanic or Latino | Nurse Practitioner - Rotation (HS) |
| Hispanic or Latino | Physician Assistant (HS) |
| Hispanic or Latino | Physician Assistant (HS) |
| Hispanic or Latino | Nurse Practitioner |
| Hispanic or Latino | Nurse Practitioner (HS) |
| Hispanic or Latino | Nurse Practitioner - Rotation (HS) |
| Hispanic or Latino | Nurse Practitioner - Rotation |
| Hispanic or Latino | Nurse Practitioner (HS) |
| Hispanic or Latino | Physician Assistant |
| Hispanic or Latino | Physician Assistant (HS) |
| Hispanic or Latino | Nurse Practitioner - Rotation |
| Hispanic or Latino | Nurse Practitioner - Rotation (HS) |
| **Hispanic or** | **17** |
| Two or More Races | Physician Assistant |
| Two or More Races | Nurse Practitioner - Rotation (HS) |
| Two or More Races | Nurse Practitioner (HS) |
| Two or More Races | Nurse Practitioner |
| Two or More Races | Nurse Practitioner - Rotation (HS) |
| Two or More Races | Nurse Practitioner |
| Two or More Races | Nurse Practitioner |
| Two or More Races | Nurse Practitioner (HS) |
| Two or More Races | Nurse Practitioner |
| Two or More Races | Nurse Practitioner (HS) |
| Two or More Races | Nurse Practitioner - Rotation (HS) |
| Two or More Races | Physician Assistant |
| Two or More Races | Nurse Practitioner - Rotation |
| **Two or Mo** | **13** |
| Undisclosed | Physician Assistant (HS) |
| Undisclosed | Nurse Practitioner - Rotation (HS) |
| Undisclosed | Nurse Practitioner - Rotation |
| Undisclosed | Physician Assistant |
| Undisclosed | Nurse Practitioner - Rotation |
| Undisclosed | Nurse Practitioner (HS) |
| Undisclosed | Nurse Practitioner |
| Undisclosed | Nurse Practitioner |
| **Undisclose** | **8** |
| White | IRP Physician Assistant |
| White | IRP-Physician Assistant (HS) |
| White | IRP-Nurse Practitioner (HS) |
| White | IRP-Nurse Practitioner (HS) |
| White | IRP-Nurse Practitioner (HS) |
| White | IRP-Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Physician Assistant |
| White | Physician Assistant (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner - Rotation |
| White | Physician Assistant |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |

| Ethnic Summary | Position Title |
| --- | --- |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Physician Assistant |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Physician Assistant |
| White | Physician Assistant |
| White | Nurse Practitioner - Rotation |
| White | Physician Assistant |
| White | Nurse Practitioner |
| White | Physician Assistant (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Nocturnal |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Physician Assistant (HS) |
| White | Nurse Practitioner (HS) |
| White | Physician Assistant (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Nocturnal |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Physician Assistant (HS) |
| White | Physician Assistant |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner - Rotation |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner - Rotation |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner - Rotation (HS) |
| White | Nurse Practitioner (HS) |

| Ethnic Summary | Position Title |
|---|---|
| White | Physician Assistant |
| White | Physician Assistant |
| White | Nurse Practitioner - Nocturnal |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Nocturnal (HS) |
| White | Nurse Practitioner (HS) |
| White | Physician Assistant |
| White | Physician Assistant |
| White | Nurse Practitioner - Rotation (HS) |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Nocturnal |
| White | Nurse Practitioner - Rotation |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation |
| White | Physician Assistant (HS) |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Physician Assistant - Rotation (HS) |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner - Rotation (HS) |
| White | Physician Assistant |
| White | Physician Assistant |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner - Rotation |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Physician Assistant-Rotation |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Physician Assistant |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner - Rotation |
| White | Nurse Practitioner (HS) |
| White | Physician Assistant (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Physician Assistant (HS) |
| White | Nurse Practitioner - Rotation |
| White | Nurse Practitioner |

| Ethnic Summary | Position Title |
| --- | --- |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Physician Assistant |
| White | Physician Assistant -Nocturnal (HS) |
| White | Physician Assistant |
| White | Physician Assistant |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Physician Assistant |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Physician Assistant -Nocturnal (HS) |
| White | Nurse Practitioner - Rotation |
| White | Physician Assistant |
| White | Physician Assistant |
| White | Physician Assistant |
| White | Physician Assistant |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation (HS) |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner - Rotation |
| White | Physician Assistant -Nocturnal (HS) |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Nocturnal |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Physician Assistant -Nocturnal |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation (HS) |
| White | Nurse Practitioner (HS) |
| White | Physician Assistant |
| White | Physician Assistant - Rotation (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |

| Ethnic Summary | Position Title |
|---|---|
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner - Nocturnal |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Nocturnal (HS) |
| White | Nurse Practitioner |
| White | Physician Assistant - Rotation (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation |
| White | Physician Assistant |
| White | Nurse Practitioner - Rotation |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Physician Assistant |
| White | Nurse Practitioner - Rotation |
| White | Nurse Practitioner - Rotation (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation (HS) |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner (HS) |
| White | Physician Assistant |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Physician Assistant |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Physician Assistant (HS) |
| White | Physician Assistant |
| White | Nurse Practitioner (HS) |
| White | Physician Assistant (HS) |
| White | Nurse Practitioner - Rotation |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Physician Assistant (HS) |
| White | Physician Assistant - Rotation (HS) |

| Ethnic Summary | Position Title |
| --- | --- |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner - Rotation |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Physician Assistant |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation (HS) |
| White | Physician Assistant (HS) |
| White | Nurse Practitioner |
| White | Physician Assistant (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Nocturnal |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation (HS) |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Physician Assistant |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation (HS) |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner - Rotation |
| White | Nurse Practitioner |
| White | Physician Assistant |
| White | Nurse Practitioner |
| White | Physician Assistant (HS) |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner - Rotation (HS) |
| White | Physician Assistant |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner (HS) |
| White | Physician Assistant -Nocturnal (HS) |
| White | Physician Assistant (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner - Nocturnal |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation |
| White | Nurse Practitioner |
| White | Physician Assistant |
| White | Nurse Practitioner - Rotation (HS) |

| Ethnic Summary | Position Title |
| --- | --- |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Physician Assistant |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation |
| White | Nurse Practitioner - Rotation (HS) |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner - Rotation (HS) |
| White | Nurse Practitioner - Rotation |
| White | Nurse Practitioner (HS) |
| White | Physician Assistant -Nocturnal (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Physician Assistant |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Physician Assistant -Nocturnal |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation |
| White | Nurse Practitioner |
| White | Physician Assistant |
| White | Physician Assistant |
| White | Physician Assistant (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Physician Assistant (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation (HS) |
| White | Nurse Practitioner - Nocturnal |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation |
| White | Nurse Practitioner - Nocturnal |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Physician Assistant |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation |



PLAINTIFF'S EXHIBIT 11

| Ethnic Summary | Position Title |
|---|---|
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner - Rotation (HS) |
| White | Nurse Practitioner - Nocturnal |
| White | Nurse Practitioner |
| White | Physician Assistant |
| White | Nurse Practitioner |
| White | Physician Assistant - Rotation (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation (HS) |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Physician Assistant |
| White | Nurse Practitioner - Rotation (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner - Rotation |
| White | Physician Assistant |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Nocturnal (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation |
| White | Physician Assistant |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner - Rotation |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner - Rotation |
| White | Physician Assistant (HS) |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Nocturnal (HS) |
| White | Physician Assistant |
| White | Physician Assistant |
| White | Nurse Practitioner  - Rotation (HS) |
| White | Physician Assistant -Nocturnal (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation (HS) |
| White | Nurse Practitioner |
| White | Physician Assistant |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation (HS) |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |

| Ethnic Summary | Position Title |
| --- | --- |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation (HS) |
| White | Physician Assistant |
| White | Nurse Practitioner - Rotation (HS) |
| White | Nurse Practitioner |
| White | Physician Assistant |
| White | Physician Assistant -Nocturnal (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner - Nocturnal |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Physician Assistant (HS) |
| White | Nurse Practitioner |
| White | Physician Assistant - Rotation (HS) |
| White | Nurse Practitioner |
| White | Physician Assistant - Rotation |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner - Nocturnal |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation |
| White | Nurse Practitioner (HS) |
| White | Physician Assistant (HS) |
| White | Nurse Practitioner (HS) |
| White | Physician Assistant-Rotation |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |

| Ethnic Summary | Position Title |
| --- | --- |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Nocturnal |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Rotation (HS) |
| White | Nurse Practitioner |
| White | Physician Assistant (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Nocturnal (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner - Rotation |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner - Rotation (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner - Nocturnal (HS) |
| White | Nurse Practitioner - Rotation (HS) |
| White | Nurse Practitioner |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner (HS) |
| White | Nurse Practitioner (HS) |
| White | Physician Assistant  - IRP |
| White | Physician Assistant - Rotation (HS) |
| White | Physician Assistant - Rotation (HS) |
| White | Physician Assistant (HS) |

**White Count** 497
**Grand Count** 588